NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**BARON SERVICES, INC.,**
*Plaintiff-Appellant,*

v.

**MEDIA WEATHER INNOVATIONS LLC,**
*Defendant-Appellee.*

2012-1285

Appeal from the United States District Court for the Northern District of Alabama in case no. 11-CV-1606, Judge Inge P. Johnson.

## ON MOTION

## ORDER

The parties jointly move to consolidate this appeal with a related appeal which has been filed but not yet docketed. The parties also jointly move to stay briefing in the current appeal until the court has ruled on the motion to consolidate.

The undocketed appeal is an appeal from the order awarding attorney fees in the action underlying the current appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to consolidate is granted. When the appeal of the attorney fees order is docketed, it shall be consolidated with appeal no. 2012-1285.

(2) The motion to stay the briefing schedule in appeal no. 2012-1285 is granted. Because the cases are being consolidated and the appellant's opening brief does not address the issues in the undocketed appeal, a replacement opening brief must be filed by the appellant that addresses all issues. That replacement opening brief is due within 30 days from the date of this court's docketing of the appeal concerning attorney fees.

FOR THE COURT

**JUN 0 6 2012**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Jeffrey T. Kelly, Esq.
Perry L. Glantz, Esq.

s25

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 0 6 2012

JAN HORBALY
CLERK